The People of the State of New York,
against
Anthony Jasper, Defendant-Appellant. 16-411



Defendant appeals from (1) a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered December 1, 2015, convicting him, after a nonjury trial, of disorderly conduct under 21 NYCRR § 1050.7(j)(2), and imposing sentence, and (2) a judgment of the same court (Kate Paek, J.), rendered December 14, 2015, convicting him, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered December 1, 2015, affirmed. Appeal from judgment of conviction (Kate Paek, J.), rendered December 14, 2015, dismissed as abandoned. 
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348—349 [2007]). The credibility issues raised by defendant were properly placed before the trier of fact and we find no reason on the record before us to disturb the court's determination to credit the arresting officer's testimony rather than defendant's. THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: September 17, 2018